No. 83–5471. MORGAN v. ZIMMERMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 83–5476. JOHN v. WILKINSON, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 83–5478. WASHINGTON ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 83–5480. RESEBURG v. TEXAS. Ct. App. Tex., 12th Sup. Jud. Dist. Certiorari denied.

No. 83–5485. ASHBY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 83–5486. DUGAR v. MAGGIO, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 83–5487. ROBY v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 83–5489. CHRISTIANSEN v. TEXAS. C. A. 5th Cir. Certiorari denied.

No. 83–5491. BROWN v. DOUGLAS, JUDGE. C. A. 4th Cir. Certiorari denied.

No. 83–5499. MAYES v. SOWDERS, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 83–5519. POWELL v. NUTH ET AL. C. A. 4th Cir. Certiorari denied.

No. 83–5521. CENICEROS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–5522. JONES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–5529. CSERENYI ET AL. v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 83–5531. GOODRIDGE v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.